PHILLIP A. TALBERT
United States Attorney
JARED C. DOLAN
AMY S. HITCHCOCK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0060 MCE |
| Plaintiff, | DETENTION ORDER |
| v. | |
| PAMELA EMANUEL, | |
| Defendant. | |

On May 26, 2017, the government filed a motion to revoke the release order as to Pamela Emanuel. The defendant opposed the motion. On June 1, 2017, the Court held a hearing on the motion. Pursuant to 18 U.S.C. § 3142(i), and for the reasons stated orally at that hearing, the transcript of which is incorporated by reference, the government's motion to revoke the release order is **GRANTED**. Having fully considered the factors set forth in 18 U.S.C. § 3142(g), the Court finds, by clear and convincing evidence, that there is no condition or combination of conditions that would reasonable assure the safety of the community if the defendant as released.

The defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the

corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: June 2, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE