HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 "I" Street, 3rd Floor
Sacramento, CA 95814
(916) 498-5700/Fax (916)498-5710
mia_crager@fd.org

Attorney for Defendant
PAMELA EMANUEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAMELA EMANUAL, et al.,<br><br>Defendant. | No. 2:17-cr-00060-MCE<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>DATE: November 9, 2017<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

Plaintiff, United States of America, by and through Assistant United States Attorney AMY S. HITCHCOCK and Assistant Federal Defender MIA CRAGER on behalf of PAMELA EMANUEL, LINDA FULLERTON, attorney for GREGORY WAYNE LEE, STEVEN B. PLESSER attorney for SERGIO DORIANTE SANCHEZ REYNA, CANDICE L. FIELDS attorney for RUSSELL WHITE, III and MICHAEL LONG attorney for BRITTANY MAUNAKEA hereby stipulate to continue the status conference from November 9, 2017 to January 11, 2018 at 10:00 a.m.

The discovery in this case includes nearly 20,000 pages of documents and approximately 15 additional compact discs containing media and electronic files. The government has produced and/or made available for inspection this discovery to counsel for each of the defendants. Defense counsel requires more time to continue to review and analyze this

voluminous discovery, consult with their clients, conduct investigation and research related to the charges, communicate with the government in furtherance of potential negotiated resolutions, and otherwise prepare for trial.

Counsel for the defendants agree that failure to grant this continuance would deny counsel the reasonable time necessary for effective preparation. The government does not object to this continuance.

Based upon the foregoing, the parties request a continuance to January 11, 2018, and agree that time under the Speedy Trial Act should be excluded of this order's date through and including January 11, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: November 6, 2017

HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
PAMELA EMANUEL


/s/ Linda Fullerton
LINDA FULLERTON
Attorney for Defendant
GREGORY WAYNE LEE


/s/ Steven B. Plesser
STEVEN B. PLESSER
Attorney for Defendant
SERGIO DORIANTE SANCHEZ REYNA

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: November 6, 2017 | /s/ Candice L. Fields<br>CANDICE L. FIELDS<br>Attorney for Defendant<br>RUSSELL WHITE, III |
| 2 | | |
| 3 | | |
| 4 | | /s/ Michael Long<br>MICHAEL LONG<br>Attorney for Defendant<br>BRITTANY MAUNAKEA |
| 5 | | |
| 6 | | |
| 7 | Dated: November 6, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| 8 | | |
| 9 | | /s/ *Amy S. Hitchcock*<br>AMY S. HITCHCOCK<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| 10 | | |

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. It further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

Time from the date the parties stipulated, up to and including January 11, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 9, 2017 status conference shall be continued until January 11, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: November 8, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE