McGREGOR W. SCOTT
United States Attorney
AMY SCHULLER HITCHCOCK
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00060-MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| PAMELA EMANUEL ET AL, | DATE: January 11, 2018 |
| Defendants. | TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on January 11, 2018.

2. By this stipulation, defendants Pamela Emanuel, Gregory Lee, Sergio Reyna, and Russell White, III now move to continue the status conference until March 8, 2018, and to exclude time between January 11, 2018, and March 8, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes nearly 20,000 pages of documents and over 15 compact discs contained media and electronic files. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants desire additional time review and analyze this voluminous discovery, consult with their clients, conduct investigation and research related to the charges,

communicate with the government in furtherance of potential negotiated resolutions, and otherwise prepare for trial.

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 11, 2018 to March 8, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 9, 2018         McGREGOR W. SCOTT
                   United States Attorney

                   /s/ AMY SCHULLER HITCHCOCK
                   AMY SCHULLER HITCHCOCK
                   Assistant United States Attorney

| | | |
|---|---|---|
| 1 | Dated: January 9, 2018 | HEATHER E. WILLIAMS<br>Federal Defender |
| | | |
| | | /s/ MIA CRAGER<br>MIA CRAGER<br>Assistant Federal Defender<br>Attorney for Defendant<br>PAMELA EMANUEL |
| 7 | Dated: January 9, 2018 | /s/ LINDA FULLERTON<br>LINDA FULLERTON<br>Attorney for Defendant<br>GREGORY LEE |
| 11 | Dated: January 9, 2018 | /s/ STEVEN B. PLESSER<br>STEVEN B. PLESSER<br>Attorney for Defendant<br>SERGIO REYNA |
| 14 | Dated: January 9, 2018 | /s/ CANDICE L. FIELDS<br>CANDICE L. FIELDS<br>Attorney for Defendant<br>RUSSELL WHITE, III |

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 10, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE