CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450
cfields@candicefieldslaw.com

Attorney for Defendant RUSSELL WHITE III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAMELA STEPHANIE EMANUEL, et. al.,<br><br>Defendants. | Case No. 2:17-CR-0060-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>Date: March 8, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on March 8, 2018.

2. By this stipulation, defendants Pamela Emanuel, Gregory Lee, Sergio Reyna, and Russell White, III now move to continue the status conference until May 3, 2018, and to exclude time between March 8, 2018, and May 3, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has represented that the discovery associated with this case includes nearly 20,000 pages of documents and over 15 compact discs contained media and electronic files. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for certain defendants have met and conferred with the government regarding the charges and to discuss potential resolution and intend to continue to meet and confer. It is anticipated that these discussions will prompt additional points of investigation and research and will require additional time to do so, to confer with his/her clients, review and analyze discovery, and otherwise prepare for trial.

c) Counsel for all defendants desire additional time review and analyze the voluminous discovery, consult with their clients, conduct investigation and research related to the charges, communicate with the government in furtherance of potential negotiated resolutions, and otherwise prepare for trial.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 8, 2018, to May 3, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: March 1, 2018 | | MCGREGOR W. SCOTT<br>United States Attorney |
| | | */s/ AMY SCHULLER HITCHCOCK*<br>AMY SCHULLER HITCHCOCK<br>Assistant United States Attorney |
| Dated: March 1, 2018 | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ MIA CRAGER*<br>MIA CRAGER<br>Assistant Federal Defender<br>Attorney for Defendant<br>PAMELA EMANUEL |
| Dated: March 1, 2018 | | */s/ LINDA FULLERTON*<br>LINDA FULLERTON<br>Attorney for Defendant<br>GREGORY LEE |
| Dated: March 1, 2018 | | CANDICE FIELDS LAW |
| | | */s/ CANDICE L. FIELDS*<br>Candice L. Fields<br>Attorney for Defendant<br>RUSSELL WHITE III |
| Dated: March 1, 2018 | | */s/ STEVEN B. PLESSER*<br>STEVEN B. PLESSER<br>Attorney for Defendant<br>SERGIO REYNA |

**ORDER**

IT IS SO ORDERED.

Dated: March 13, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE