CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450
cfields@candicefieldslaw.com

Attorney for Defendant RUSSELL WHITE III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAMELA STEPHANIE EMANUEL, et. al.,<br><br>Defendants. | Case No. 2:17-CR-0060-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>Date: September 6, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on September 6, 2018.

2. By this stipulation, defendants Pamela Emanuel and Russell White, III now moves to continue the status conference until October 25, 2018, and to exclude time between September 6, 2018, and October 25, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has produced discovery in this case, including nearly 20,000 pages of documents and over 15 compact discs contained media and electronic files. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant Emanuel and defendant White have each met and conferred with the government regarding the charges and each intends to continue to meet and confer. These discussions have prompted additional points of investigation, research, and document collection.

c) Counsel for defendant Emanuel and defendant White each desire additional time to review and analyze the voluminous discovery, consult with their respective client, conduct investigation and research related to the charges, collect documentation, and otherwise prepare for trial.

c) Counsel for defendant Emanuel and defendant White each believes that failure to grant the above-requested continuance would deny their respective client the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 6, 2018, to October 25, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 4, 2018

MCGREGOR W. SCOTT
United States Attorney

*/s/ AMY SCHULLER HITCHCOCK*
AMY SCHULLER HITCHCOCK
Assistant United States Attorney

Dated: September 4, 2018

HEATHER E. WILLIAMS
Federal Defender

*/s/ Tim Zindel*
TIM ZINDEL
Assistant Federal Defender
Attorney for Defendant
PAMELA EMANUEL

Dated: September 4, 2018

CANDICE FIELDS LAW

*/s/ CANDICE L. FIELDS*
Candice L. Fields
Attorney for Defendant
RUSSELL WHITE III

**ORDER**

IT IS SO ORDERED.

Dated: September 5, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE