1  DAVID D. FISCHER, SBN 224900
   LAW OFFICES OF DAVID D. FISCHER, APC
2  5701 Lonetree Blvd., Suite 312
   Rocklin, CA 95765
3  (916) 447-8600 – Tel.
   (916) 930-6482 – Fax
4  davefischer@yahoo.com - E-Mail

5  Attorney for Defendant
   RUSSELL WHITE, III
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:17-CR-0060 MCE

                        Plaintiff,         STIPULATION REGARDING EXCLUDABLE
12                                         TIME PERIODS UNDER SPEEDY TRIAL ACT;
                v.                         ORDER
13
    PAMELA STEPHANIE EMANUEL               DATE: December 14, 2017
14  RUSSELL WHITE, III                     TIME: 9:30 a.m.
                                           COURT: Hon. Morrison C. England, Jr.
15                      Defendants.

16

17                             **STIPULATION**

18      1.      By previous order, this matter was set for status on December 14, 2018.

19      2.      By this stipulation, defendants now move to continue the status conference until February

20  21, 2019, and to exclude time between December 14, 2018, and February 21, 2019, under Local Code

21  T4.

22      3.      The parties agree and stipulate, and request that the Court find the following:

23      a)      The government has represented that the discovery associated with this case

24  includes investigative reports, business records and financial documents, and audio recordings of

25  the defendants' statements to law enforcement.  All of this discovery has been either produced

26  directly to counsel and/or made available for inspection and copying.

27      b)      Counsel for Russell White, III recently entered the case.  Counsel for defendants

28  desire additional time to review the discovery for this matter, conduct investigation and research

1     related to the charges, and to consult with their clients.

2            c)      Counsel for defendants believe that failure to grant the above-requested

3     continuance would deny counsel the reasonable time necessary for effective preparation, taking

4     into account the exercise of due diligence.

5            d)      The government does not object to the continuance.

6            e)      Based on the above-stated findings, the ends of justice served by continuing the

7     case as requested outweigh the interest of the public and the defendant in a trial within the

8     original date prescribed by the Speedy Trial Act.

9            f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10    et seq., within which trial must commence, the time period of December 14, 2018 to February

11    21, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

12    Code T4] because it results from a continuance granted by the Court at defendants' request on

13    the basis of the Court's finding that the ends of justice served by taking such action outweigh the

14    best interest of the public and the defendant in a speedy trial.

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1     4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4     IT IS SO STIPULATED.

5

6 Dated: December 10, 2018                      MCGREGORY SCOTT
                                            United States Attorney

7

8                                        /s/ GRANT RABENN
                                       GRANT RABENN
                                       Assistant United States Attorney

9

10 Dated: December 10, 2018                      /s/ DAVID D. FISCHER
                                         DAVID D. FISCHER

11                                        Counsel for Defendant
                                       RUSSELL WHITE, III

12

13 Dated: December 10, 2018                      /s/ TIM ZINDEL
                                         TIM ZINDEL

14                                          Counsel for Defendant
                                       PAMELA EMANUEL

15

16

17                                   **ORDER**

18     IT IS SO ORDERED.

19 Dated: December 29, 2018

20

21                                        MORRISON C. ENGLAND, JR
                                       UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28