```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
PAMELA STEPHANIE EMANUEL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:17-CR-0060 MCE |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER (PROPOSED)** |
| | ) **RE TEMPORARY RELEASE FOR** |
| | ) **FAMILY VISITATION** |
| PAMELA STEPHANIE EMANUEL, | ) |
| Defendant. | ) |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Pamela Stephanie Emanuel, through their attorneys, that Ms. Emanuel may be temporarily released from custody as set forth below to visit her mother, Selma Barnes, at Kaiser Hospital in Oakland, in the third-party custody of her sister, Vickie Johnson.

Ms. Emanuel's mother was admitted to Kaiser Oakland on January 13, has been diagnosed with congestive heart-failure, and is not expected to be discharged.  Family members are

-1-

preparing for her death.  Defense counsel has spoken to Ms. Emanuel's sister, Vickie Johnson of Stockton, who is willing to transport Ms. Emanuel from Sacramento County Jail to the hospital to see her mother and then to return her to the jail at any time the Court may approve.  The current plan is to escort Ms. Emanuel this Thursday, January 24, between the hours of 8:00 a.m. and 5:00 p.m.

The parties agree that the Court may order Ms. Emanuel temporarily released at 8:00 a.m. on Thursday, January 24, with instructions that she return to the jail by 5:00 p.m. the same day.  The Court shall direct the Marshal to coordinate Ms. Emanuel's release and surrender with the jail as they see fit, within the time frame permitted above.  Ms. Emanuel shall sign the attached Notice to Defendant Being Released (modified to fit the conditions of this temporary release) which defense counsel will submit to the Courtroom Deputy for filing prior to release.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:   January 22, 2019         /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for PAMELA EMANUEL

                                  McGREGOR SCOTT
                                  United States Attorney

Dated:   January 22, 2019         /s/ T. Zindel for G. Rabenn
                                  GRANT RABENN
                                  Assistant U.S. Attorney

-2-

**O R D E R**

Pamela Emanuel is ordered temporarily released from custody at 8:00 a.m. on Thursday, January 24, 2019, and is further ordered to surrender herself to the Sacramento County Jail by 5:00 p.m. that day. The Marshal is directed to make necessary arrangements with Sacramento County for Ms. Emanuel's release and surrender. Ms. Emanuel is ordered to sign the attached notice to defendant being released. All conditions set forth in that notice are hereby ordered.

IT IS SO ORDERED.

Dated: January 23, 2019

HON. EDMUND F. BRENNAN
United States Magistrate Judge

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:17-CR-0060 MCE |
| v. | ) | |
| | ) | NOTICE TO DEFENDANT |
| PAMELA STEPHANIE EMANUEL, | ) | BEING RELEASED |
| | ) | |
| Defendant. | ) | |

A.    You are advised that you are being temporarily released pursuant to the "Bail Reform Act of 1984".

B.    <u>Conditions of Release</u>
You are further advised that your release is subject to the following conditions:

1. That you shall surrender to the Sacramento County Jail by 5:00 p.m. on Thursday, January 24, 2019.
2. That you shall not commit any offense in violation of federal, state or local law while on release in this case.
3. That you travel solely between Sacramento and Oakland, California, for purposes of visiting your mother in the hospital.
4. That you remain in the company throughout of your sister, Vickie Johnson

C.    <u>Advice of Penalties and Sanctions</u>
You are further advised that:
1. It is a criminal offense under Title 18 U.S.C. §3146, if, after having been released, the defendant knowingly fails to appear as required by the conditions of release or to surrender pursuant to a court order. If the defendant was released in connection with a charge, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for –
   a. an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years or both;
   b. an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years or both;
   c. any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years or both; or
   d. a misdemeanor, the defendant shall be fined not more than $2,000 or imprisoned not more than one year, or both. If punishable by more than 6 months, the fine is not more than $100,000.

A term of imprisonment imposed for failure to appear or surrender shall be <u>consecutive</u> to the sentence of imprisonment for any other offense.
In addition, failure to appear may result in the forfeiture of any bail.

Original - Filed with Court

2. Conviction of an Offense Committed While on Release

Conviction of an offense committed while on release carries the following sentences which are in addition to the sentence prescribed for the offense and which must be consecutive to any other sentence:

    a. Not more than 10 years if the offense is a felony.
    b. Not more than one year if the offense is a misdemeanor.

3. Violation of Conditions of Release

Violation of any condition of your release may also result in arrest by a law enforcement officer the immediate issuance of a warrant for your arrest, revocation of release, an order of detention, and a prosecution for contempt which could result in a possible term of imprisonment and / or a fine.

4. Obstruction of Justice Crimes

It is an additional crime to:

    a. Endeavor by force or threat to influence, intimidate or impede a juror, officer of the court, or the administration of justice (Title 18 U.S.C. §1503) Penalty: 5 years and/or $250,000.00
    b. Endeavor to obstruct, delay or prevent a criminal investigation (Title 18 U.S.C.§1510) Penalty: 5 years and / or $250,000.00.
    c. Tamper with a witness, victim or informant (Title 18 U.S.C. §1512) Penalty: 10 years and / or $250,000.00.
    d. Harass a witness, victim or informant (Title 18 U.S.C. §1512) Penalty: 1 year and / or $100,000.00
    e. Retaliate against a witness, victim or informant (Title 18 U.S.C. §1513) Penalty: 10 years and / or $250,000.00.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in the above-captioned case and that I am aware of and fully understand the above conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender as ordered. I am also aware of and fully understand the penalties and sanctions set forth above for failure to appear, conviction of an offense committed while on release, violation of a condition of release, or any of the obstruction of justice crimes.

_/s/ Pamela Gurr_       _Sacramento_   CA
DEFENDANT'S SIGNATURE      CITY    STATE   ZIP
_1-23-19_

(IF AN INTERPRETER IS USED)

I have translated into the _____ language the above conditions of release and Advice to Defendant and have been told by the defendant that he / she understands the conditions of release and advice.

_____
INTERPRETER