HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
PAMELA STEPHANIE EMANUEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-0060 MCE |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE TEMPORARY RELEASE TO ATTEND MEMORIAL** |
| PAMELA STEPHANIE EMANUEL, | |
| Defendant. | Judge:  Hon. Kendall J. Newman |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Pamela Stephanie Emanuel, through their attorneys, that Ms. Emanuel may be temporarily released from custody as set forth below to attend the funeral service and family gathering for her mother, Selma Barnes, in the third-party custody of her sister, Vickie Johnson, in Richmond, California.

On January 23, 2019, Magistrate Judge Brennan issued an order temporarily releasing Ms. Emanuel from the jail in order

-1-

to visit her mother in the hospital on January 24.  Ms. Emanuel visited as permitted and surrendered to the jail as ordered.  Her mother died two days later.  Ms. Emanuel's sister, Ms. Johnson of Stockton, who escorted Ms. Emanuel on January 24, is again willing to escort Ms. Emanuel from Sacramento County Jail to Richmond to attend the memorial and committal services for her mother and the family repast.  (Defense counsel has provided existing details about the service to counsel for the government and will provide any additional details as requested.)  Ms. Emanuel asks to be released Thursday, February 6, 2019, between the hours of 8:00 a.m. and 8:00 p.m., to allow sufficient time to travel.

The parties therefore agree that the Court may order Ms. Emanuel temporarily released at 8:00 a.m. on Thursday, February 6, 2019, with instructions that she return to the jail by 8:00 p.m. the same day.  The Court shall direct the Marshal to coordinate Ms. Emanuel's release and surrender with the jail as they see fit.

/////

/////

/////

/////

/////

/////

Ms. Emanuel shall sign the attached Notice to Defendant Being Released (modified to fit the conditions of this temporary release) which defense counsel will submit to the Courtroom Deputy for filing prior to Ms. Emanuel's release.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: January 30, 2019          /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for PAMELA EMANUEL

                                 McGREGOR SCOTT
                                 United States Attorney

Dated: January 30, 2019          /s/ T. Zindel for G. Rabenn
                                 GRANT RABENN
                                 Assistant U.S. Attorney

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

**O R D E R**

Pamela Emanuel is ordered temporarily released from custody at 8:00 a.m. on Thursday, February 6, 2019, and is further ordered to surrender herself to the Sacramento County Jail by 8:00 p.m. that day. The Marshal is directed to make necessary arrangements with Sacramento County for Ms. Emanuel's timely release and surrender. Ms. Emanuel shall sign the attached notice to defendant being released. All conditions set forth in that notice are hereby ordered.

IT IS SO ORDERED.

Dated: January 30, 2019

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE