UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 30, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

PAMELA STEPHANIE EMANUEL

Defendant.

Case No. 2:17-cr-00060-MCE-01

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release PAMELA STEPHANIE EMANUEL

Case No. 2:17-cr-00060-MCE-01 Charge 18 USC § 1349 from custody for the following reasons:

    Release on Personal Recognizance

    Bail Posted in the Sum of $

    Unsecured Appearance Bond $

    Appearance Bond with 10% Deposit

    Appearance Bond with Surety

    Corporate Surety Bail Bond

    (Other): Defendant to be temporarily released on 2/6/2019 at 8:00 AM and is to surrender herself to Sacramento County Jail by 8:00 PM that same day.

Issued at Sacramento, California on January 30, 2019 at 4:00 PM.

By: /s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE