DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
(916) 447-8600 – Tel.
(916) 930-6482 – Fax
davefischer@yahoo.com - E-Mail

Attorney for Defendant
RUSSELL WHITE, III

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0060 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| PAMELA STEPHANIE EMANUEL RUSSELL WHITE, III | DATE: February 21, 2019 TIME: 9:30 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

## STIPULATION

1.      By previous order, this matter was set for status on February 21, 2019.

2.      By this stipulation, defendants now move to continue the status conference until April 25, 2019, and to exclude time between February 21, 2019, and April 25, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports, business records and financial documents, and audio recordings of the defendants' statements to law enforcement. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for Russell White, III recently entered the case. Counsel for defendants desire additional time to review the discovery for this matter, conduct investigation and research related to the charges, and to consult with their clients.

1        c)        Counsel for defendants believe that failure to grant the above-requested

continuance would deny counsel the reasonable time necessary for effective preparation, taking

into account the exercise of due diligence.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the

case as requested outweigh the interest of the public and the defendant in a trial within the

original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

et seq., within which trial must commence, the time period of February 21, 2019 to April 25,

2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

T4] because it results from a continuance granted by the Court at defendants' request on the basis

of the Court's finding that the ends of justice served by taking such action outweigh the best

interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 19, 2019                                    MCGREGOR SCOTT
                                                                         United States Attorney


                                                                         /s/ GRANT RABENN
                                                                         GRANT RABENN
                                                                         Assistant United States Attorney

Dated:  February 19, 2019                                    /s/ DAVID D. FISCHER
                                                                         DAVID D. FISCHER
                                                                         Counsel for Defendant
                                                                         RUSSELL WHITE, III


Dated:  February 19, 2019                                    /s/ TIM ZINDEL
                                                                         TIM ZINDEL
                                                                         Counsel for Defendant
                                                                         PAMELA EMANUEL


                                                **ORDER**

IT IS SO ORDERED.

Dated:  February 20, 2019


                                                                         MORRISON C. ENGLAND, JR
                                                                         UNITED STATES DISTRICT JUDGE