UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAMELA EMANUEL, et al,<br><br>Defendant. | No. 2:17-cr-0060 MCE<br><br><br><br>ORDER |

Pamela Emanuel is ordered temporarily released from custody at 11:00 a.m. on Saturday, May 25, 2019, to the third-party custody of her sister, Vickie Johnson to attend her daughter's college graduation ceremony. Ms. Emanuel is further ordered to surrender herself to the Sacramento County Jail no later than 10:00 p.m. on May 25, 2019. The Marshal is directed to make necessary arrangements with Sacramento County for Ms. Emanuel's release and surrender. The conditions set forth in the notice to defendant being released are hereby ordered.

Dated: May 23, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/17cr0060.ord

1