HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
PAMELA STEPHANIE EMANUEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAMELA STEPHANIE EMANUEL,<br><br>Defendant. | Case No. 2:17-CR-0060 MCE<br><br>**UNOPPOSED MOTION TO ALLOW CONFIDENTIAL ADA ACCESS FOR JAIL ASSESSMENT AND EVALUATION**<br><br>Judge: Hon. Allison Claire |

     Counsel for defendant Pamela Emanuel has retained Dr. Linda S. Barnard, a licensed Marriage & Family Therapist based in Sacramento, to consult with Ms. Emanuel confidentially in advance of sentencing and in anticipation of Ms. Emanuel's further incarceration at the BOP. Dr. Barnard, who uses a wheelchair, requires ADA access to the jail and also requires confidential, face-to-face, hands-free, access in order to confer with Ms. Emanuel. The jail presently requires a court order for that purpose, which it typically can accommodate in the second-floor lineup room.

     Counsel files this motion on the public record in order to avoid the needless placement of a "sealed event" on the docket which he would, in any event, explain the nature of to the government. The scheduled evaluation, however, is intended to be confidential and by filing this motion Ms. Emanuel does not waive her rights to keep health care information private under the

-1-

Health Insurance Portability and Accountability Act (HIPAA) or under the Fifth and Sixth Amendments and under attorney work-product doctrine.  Dr. Barnard has been retained by defense counsel.

Counsel therefore moves the Court to issue the attached order directing the jail to afford Dr. Barnard confidential, face-to-face, hands-free ADA access for purposes of her evaluation.

Government counsel advises that it has reviewed this motion and does not oppose it.

A proposed order follows for the Court's convenience.

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

Dated:  March 4, 2020         /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for PAMELA EMANUEL

# O R D E R

Defense counsel having retained Dr. Linda S. Barnard to perform a confidential assessment or evaluation of Pamela S. Emanuel, the Sacramento County Jail is hereby ordered to afford Dr. Barnard an ADA accessible accommodation to evaluate Ms. Emanuel, with confidential, hands-free, face-to-face access for purposes of the assessment and evaluation, at a time to be arranged by Dr. Barnard and jail officials.

IT IS SO ORDERED.

Dated:  March 4, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE