McGREGOR W. SCOTT
United States Attorney
AMY S. HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>PAMELA STEPHANIE EMANUEL,<br><br>            Defendant. | CASE NO. 2:17-CR-00060-MCE<br><br>UNITED STATES' SENTENCING MEMORANDUM<br><br>DATE: March 19, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

### I.  SENTENCING RECOMMENDATION

Defendant Pamela Stephanie Emanuel is set for judgment and sentencing on March 19, 2020, for her role in a scheme to defraud the State of California by using stolen identities to file false unemployment insurance claims with the California Employment Development Department (EDD). Emanuel pleaded guilty on December 10, 2019 to one count of Mail Fraud, in violation of 18 U.S.C. § 1341 and one count of Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A.  ECF 216, 218.

Both parties, as well as the Probation Office, agree that the applicable sentencing guideline range is 75 to 87 months imprisonment.[1]  ECF 232; *see* Plea Agreement, ECF 218 at 8.  This guideline range accounts for the defendant's offense, the loss intended and inflicted upon the State of California, the

---

[1] The total offense level for Count 2, Mail Fraud, is 24.  PSR ¶ 38.  With a criminal history category of I (*see* PSR ¶ 48), the resulting guideline range for Count 2 is 51 to 63 months.  The guideline range for Count 17, Aggravated Identity Theft, is 24 months (*see* PSR ¶ 39) consecutive to Count 2 (*see* 18 U.S.C. § 1028A), resulting in a total range of 75 to 87 months.

large number of identity theft victims in this case, and the defendant's abuse of her position of trust as an EDD employee.  *See* PSR ¶¶ 28-32.  This range also accounts for the defendant's acceptance of responsibility.  PSR ¶ 36-37.

The United States hereby submits its recommendation that Emanuel be sentenced to a term of 75 months imprisonment, the low-end of the applicable sentencing guideline range, as a sentence sufficient, but not greater than necessary, to meet the purposes of sentencing set forth in 18 U.S.C. § 3553(a).

## II.     RESTITUTION AND VICTIM IMPACT

In the Plea Agreement, the defendant agreed to pay full restitution to EDD in the amount of $773,773.  *See* Plea Agreement, ECF 218 at 3; PSR ¶ 87.  The defendant also agreed to pay full restitution to individuals whose identities were stolen, and suffered losses as a result of the scheme. Plea Agreement, ECF 218 at 3.  To date, two victim impact statements were received by identity theft victims.  PSR ¶ 24.  These victims claimed financial losses, but such losses were unable to be verified. PSR ¶ 24.  The government intends to read one of the victim impact statements at the hearing, as requested by the victim.

## III.     CONCLUSION

For the foregoing reasons, the United States respectfully recommends that the Court impose a sentence of 75 months imprisonment, which is a sentence sufficient, but not greater than necessary, to meet the considerations set forth in 18 U.S.C. § 3553(a).

Dated:  March 13, 2020

McGREGOR W. SCOTT
United States Attorney

By:  /s/ AMY S. HITCHCOCK
AMY S. HITCHCOCK
Assistant United States Attorney