HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
PAMELA STEPHANIE EMANUEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-0060 MCE |
| Plaintiff, | |
| vs. | **REQUEST TO PROCEED WITH SENTENCING; WAIVER (AMENDED)** |
| PAMELA STEPHANIE EMANUEL, | |
| Defendant. | Judge:  Hon. Morrison C. England, Jr. |

I, Pamela Stephanie Emanuel, hereby ask the Hon. Morrison C. England to proceed with sentencing in my case although he is unable to appear personally in court.

I hereby request and consent to be sentenced by Judge England with the judge appearing remotely, by video teleconference.

To the extent that I may have a right to have the judge be personally present in Court at the time of sentencing, I waive that right, whether it arises under the Federal Rules of Criminal Procedure, the United States Code, the U.S. Constitution, or any other law.  I further waive any claim of error, on any basis, that sentencing should not have been held without the judge being physically present in Court.  I reiterate my waiver of appeal and of collateral attack as stated in my plea agreement, and expressly

-1-

extend that waiver to any claim I may otherwise have that the judge should be physically present at sentencing.

It is my personal and specific request to be sentenced as soon as the Court is able. In making this request, I am mindful of the fact that the Judge, although observing the proceedings via video, may be less able to personally observe my physical demeanor should I choose to exercise my right of allocution. *See* Fed. R. Crim. P. 32(i)(4).

Dated:  March 16, 2020          */s/ P. Emanuel (FPD has orig.)*
                                PAMELA S. EMANUEL
                                Defendant


I hereby concur in my client's request and waiver.


                                Respectfully Submitted,

                                HEATHER E. WILLIAMS
                                Federal Defender

Dated:  March 16, 2020          */s/ T. Zindel*
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for PAMELA EMANUEL