HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
PAMELA STEPHANIE EMANUEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PAMELA STEPHANIE EMANUEL, <br><br> Defendant. | Case No. 2:17-CR-0060 MCE <br><br> **SENTENCING MEMORANDUM** <br><br> Judge: Hon. Morrison C. England, Jr. <br> Date: March 17, 2020 <br> Time: 10:00 a.m. |

Ms. Emanuel and her counsel agree with the government that the appropriate sentence in this case is 51 months on count two with a consecutive sentence of 24 months on count 17, for a total term of 75 months. Ms. Emanuel urges the Court to impose the sentence recommended by the government and to adopt the conditions set forth in the final presentence report. Ms. Emanuel and counsel also thank the Court, its staff, and government counsel for their courtesy in this matter.

                                    Respectfully Submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated: March 16, 2020               /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for PAMELA EMANUEL