1  McGREGOR W. SCOTT
   United States Attorney
2  AMY SCHULLER HITCHCOCK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              | CASE NO. 2:17-CR-00060-MCE
12 |                          Plaintiff,    | STIPULATION TO MODIFY BRIEFING
                                            | SCHEDULE; ORDER
13 |                v.                      |
14 | PAMELA EMANUEL,                        |
15 |                          Defendant.    |

16

17

18                              **STIPULATION**

19       1.      Defendant Pamela Emanuel filed a motion for reduction in sentence and compassionate

20 release on July 28, 2020. ECF No. 262. The government's response is currently due by August 4, 2020,

21 and any reply due July 2, 2020. ECF No. 263. Government counsel requests additional time to obtain

22 records and draft the response.

23       2.      Counsel for the defendant does not oppose this request.

24

25

26

27

28

STIPULATION AND ORDER                          1

3. Accordingly, by this stipulation, the parties now request that:

    a) The government's opposition or response to defendant's motion, ECF No. 262, be due on August 11, 2020; and

    b) The defense reply, if any, will be due on August 18, 2020.

IT IS SO STIPULATED.

Dated: July 31, 2020
McGREGOR W. SCOTT
United States Attorney

/s/ Amy Schuller Hitchcock
AMY SCHULLER HITCHCOCK
Assistant United States Attorney

Dated: July 31, 2020
/s/ Timothy Zindel
TIMOTHY ZINDEL
Counsel for Defendant
PAMELA EMANUEL

STIPULATION AND ORDER
2

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a) The government's opposition or response to defendant's motion, Docket No. 262, is due on August 11, 2020;

    b) The defense reply, if any, will be due on August 18, 2020.

IT IS SO ORDERED.

Dated: August 3, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE