UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAMELA STEPHANIE EMANUEL,<br><br>Defendant and<br>Judgment Debtor. | No. 2:20-mc-00149-MCE-KJN<br><br>No. 2:17-cr-00060-MCE<br><br>**RELATED CASE ORDER** |
| CALIFORNIA PUBLIC EMPLOYEES'<br>RETIREMENT SYSTEM (CALPERS),<br>and its Successors and Assigns,<br><br>Garnishee. | |

The Court has received the Notice of Related Case filed on July 29, 2020.

Examination of the above-entitled actions reveal that these cases are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions arise from the same ongoing law enforcement investigation, share common legal issues and involve related parties, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1  Because the cases are already assigned to the same district judge, this Order is
2  issued for informational purposes only and shall have no effect on the status of the
3  cases.
4  IT IS SO ORDERED.
5  Dated: August 7, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE