HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
PAMELA STEPHANIE EMANUEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-0060 MCE |
| Plaintiff, | **ORDER ON MOTION** |
| vs. | |
| PAMELA STEPHANIE EMANUEL, | Judge:  Hon. Morrison C. England, Jr. |
| Defendant. | |

On July 28, 2020, Ms. Emanuel moved the Court to reduce her sentence to time served pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  ECF 262.  On August 11 the government filed a statement of non-opposition.  ECF 269.  Having reviewed the motion and response, the Court GRANTS the motion and reduces the sentence of imprisonment imposed on March 19, 2020, to time served.

Defendant is hereby ordered released to reside with her daughter, Pamela Edy Emanuel, at the Los Gatos address defense counsel has provided to the Probation Office.  Ms. Emanuel shall exercise all precautions, including using a face mask, while traveling to her home, and shall quarantine there for 14 days.  The conditions of supervised release ordered at sentencing on March 19, 2020, take effect immediately upon her release from imprisonment and she shall report to the Sacramento Probation Office as previously ordered.  An amended judgment shall follow.

The Clerk's Office is directed to serve a copy of this Order on the U.S. Marshal Service and the Bureau of Prisons to assure Ms. Emanuel's prompt release.

IT IS SO ORDERED.

Dated: August 13, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE