1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:17-cr-0060 TLN DB |
| Respondent, | |
| v. | ORDER |
| PAMELA STEPHANIE EMANUEL, | |
| Movant. | |

Movant is a federal prisoner proceeding pro se with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  Movant claims the judgment is void for lack of jurisdiction.  (ECF No. 306.)  Since movant may be entitled to the requested relief if she can establish a violation of her constitutional rights, respondent is directed to file a response.

Accordingly, IT IS HEREBY ORDERED that:

1.  Respondent is directed to file an answer within thirty days of the date of this order. See Rule 4, Rules Governing 2255 Proceedings.

2.  Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings.  Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

////

1

3.  The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

Dated:  May 18, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/R/eman0060.2255 scrn

2