UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>PAMELA STEPHANIE EMANUEL,<br><br>Movant. | No. 2:17-cr-0060 DAD DB<br><br><br><br>ORDER |

Movant is a former federal prisoner proceeding pro se with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Movant claims the judgment is void for lack of jurisdiction. (ECF No. 306.) By order dated May 19, 2022, the undersigned directed the government to file a response to movant's § 2255 motion. (ECF No. 313.) The government responded by filing a motion to dismiss movant's § 2255 motion as untimely. (ECF No. 325.) Prior to filing the motion to dismiss, the government sought and obtained an extension of time to file a response. (ECF Nos. 322, 323.) Thereafter, movant filed an opposition to the government's motion for an extension of time (ECF No. 329) and a notice (ECF No. 330). Movant has not filed an opposition to the government's motion to dismiss. Accordingly, the court will direct movant to file an opposition or statement of non-opposition to the motion to dismiss.

////

////

1

Good cause appearing, IT IS HEREBY ORDERED that movant shall file an opposition or statement of non-opposition to the motion to dismiss within forty-five (45) days of the date of this order.

Dated: April 4, 2023

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/R/eman0060.oppo